IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD EDWARDS,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 19-CV-5806<br>: |
| SANDRA MORGAN,<br>    Defendant. | :<br>: |

## O R D E R

**AND NOW**, this 13th day of December, 2019, upon consideration of Plaintiff Gerald Edwards's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and his *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum. This dismissal does not prevent Mr. Edwards from proceeding on his pending claims against Defendant Sandra Morgan in Civil Action Number 19-1897.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
GENE E.K. PRATTER, J.